880

THIRD DEPARTMENT, NOVEMBER, 1982

(November 16, 1982)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL WALLACE, JR., Petitioner, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2),